**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: | Case No. 19-81834 |
| Jonathan L. Call | Chapter 13 |
| Debtor. | Hon. Judge Thomas M. Lynch |

**AGREED ORDER ON MOTION TO MODIFY AUTOMATIC STAY FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST AS TO PROPERTY LOCATED AT 11700 WEST CANADA ROAD, POLO, IL 61064**

This matter having come before the Court upon the Motion to Modify Automatic filed herein by the secured creditor, U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Movant outside of the Plan in a regular monthly fashion regarding property located at 11700 WEST CANADA ROAD, POLO, IL 61064 ("Property").

2. In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly payments to Movant; said payments are currently in default for the months of October 1, 2022 through November 1, 2022 in the amount of $1,510.30 each, a late charge balance of $434.61 and fees and costs of $1,238.00 for a total of $3,981.61 which includes a suspense balance of $711.60.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $663.61 on or before December 15, 2022
    b. $663.61 on or before January 15, 2023
    c. $663.61 on or before February 15, 2023
    d. $663.61 on or before March 15, 2023
    e. $663.61 on or before April 15, 2023
    f. $663.56 on or before May 15, 2023

4. These lump sum payments are in addition to the regular monthly payment in the amount of $1,510.30.  The next monthly payment will be due December 1, 2022.

5. All payments, stipulated and ongoing monthly payments, are to include the Debtor's account number and should be sent to:

    SN Servicing Corporation
    Bungalow Series IV Trust
    PO Box 660820
    Dallas, TX 75266-0820

6. In the event that the Debtor should fail to make any of the lump sum payments described on or before their specified due dates, or should the Debtor fail to pay any future monthly payment so that payment is not received by Movant by the day upon which it is contractually due, then, or in either of those events, Movant will give fourteen (14) days' notice to Debtor and their attorney and filing of the notification with the Court. If Debtor fails to cure the default within the fourteen (14) day notice provided, the stay will be automatically terminated as to Movant, its principals, agents, successors and/or assigns as the property securing its interest upon filing of Notice of Stay Modification with the fourteen (14) day Notice of Default letter.

DATED:  December 14, 2022

ENTER

Hon. Judge Thomas M. Lynch
United States Bankruptcy Judge

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant


/s/ Jacob E. Maegli
Jacob E. Maegli
Pratt & Maegli Law Firm, P.C.
5411 E. State Street, Suite 202
Rockford, IL 61108
Phone: 815.315.0683
rockford@jordanpratt.com

/s/ Fiona Whelan
Fiona Whelan, Staff Attorney for Trustee
Lydia Meyer, Chapter 13 Trustee
P.O. Box 14127
Rockford, IL 61105-4127
Phone: 815.968.5354
Fax: 815.968.5368
ecf@lsm13trustee.com