**Fill in this information to identify the case:**

Debtor 1   Jonathan L Call

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN   District of   ILLINOIS
(State)

Case number   19-81834

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   NATIONSTAR MORTGAGE LLC D/B/A   Court claim no. (if known)   4-1
MR. COOPER

**Last four digits** of any number you   XXXXXX5271
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
T  No
☐  Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | 8/16/2019, | (3) | $ 500.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: | | (11) | $ |
| 12. | Other. Specify: | | (12) | $ |
| 13. | Other. Specify: | | (13) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1    Jonathan L Call
_____    Case number (*if known*)    19-81834
First Name    Middle Name    Last Name

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
T I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    */s/Toni  Townsend*    Date    10/16/2019
_____    _____
Signature

Print:    Toni    Townsend    Title    Authorized Agent
_____    _____
First Name    Middle Name    Last Name

Company    McCalla Raymer Leibert Pierce, LLC
_____

Address    1544 Old Alabama Road
_____
Number    Street
Roswell    GA    30076
_____
City    State    ZIP Code

Contact phone    (312) 346-9088 X5174    Email    Toni.Townsend@mccalla.com
_____    _____

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** 19-81834 |
| Jonathan L Call | ) | **Chapter** 13 |
| | ) | |
| | ) | **JUDGE:** THOMAS M. LYNCH |
| | ) | |

## <u>EXHIBIT B</u>

### ITEMIZATION OF CLAIM

- Attorney fees: $500.00

| | | |
|---|---|---|
| 08/16/2019 | Preparation of the Objection to Confirmation | $500.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**: **$500.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:   Jonathan L Call

Bankruptcy Case No.: 19-81834
Chapter:            13
Judge:             Thomas M. Lynch

## CERTIFICATE OF SERVICE

I, Toni  Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Jonathan L Call
11700 W. Canada Rd
Polo, IL 61064

Jacob E Maegli                          *(served via ECF Notification)*
Eric Pratt Law Firm PC
5411 E. State Street Suite 202
Rockford, IL 61108

Lydia Meyer                            *(served via ECF Notification)*
Lydia Meyer - 13 Trustee
P.o. Box 14127
Rockford, IL 61105

U.S. Trustee
Patrick S Layng                         *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   __12/20/2019__   By:   */s/Toni  Townsend*
                    (date)                Toni  Townsend
                                          Authorized Agent for Nationstar Mortgage LLC d/b/a
                                          Mr. Cooper